IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| EDWARD OBERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-158-HO |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The decision of the Commissioner is affirmed.

DATED this ___7th___ day of ___August___, 2008.

                                               ___s/ Michael R. Hogan___
                                               UNITED STATES DISTRICT JUDGE

1 - JUDGMENT